UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VERONICA EDMONDSON
and ANNECIA L. DONIGAN,

    Plaintiffs,

v.                                     Case No. 3:23-cv-00209-SHM

METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE, RICHARD ROOKER,
individually and in his official
capacity as the Davidson County
Circuit Court Clerk, and JOSEPH
P. DAY, individually and in his
official capacity as the
Davidson County Circuit Court
Clerk,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed February 18, 2025.

## APPROVED:

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *February 18, 2025* | WENDY R. OLIVER |
|---|---|
| DATE | CLERK |
|  |  |
|  | JAIRO MENDEZ |
|  | (By) DEPUTY CLERK |